IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| CLAYTON LAINHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      CV 625-046 |
| | ) |
| RYAN NUTT and REID RECOVERY SERVICE INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **REMANDS** this case to the Superior Court of Toombs County, State of Georgia, case number 25CV00082, for lack of subject-matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 24th day of July, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA