AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CLAYTON LAINHART,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV625-046

RYAN NUTT and REID RECOVERY SERVICE INC.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered July 24, 2025, the Court adopts the Magistrate Judge's Report and Recommendation as it's opinion and remands this case to the Superior Court of Toombs County for lack of subject-matter jurisdiction. This case stands closed.

7/24/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020